IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. LUIS DOMINGUEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Counts 31 to 42 and 140 of the First Superseding Indictment [Docket No. 2083]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts 31 to 42 and 140 of the First Superseding Indictment [Docket No. 2083] is granted. Counts 31 to 42 and 140 of the First Superseding Indictment are dismissed as to defendant Luis Dominguez.

DATED March 28, 2012.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge