IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. LUIS DOMINGUEZ,

    Defendant.

---

### PRELIMINARY ORDER OF FORFEITURE

---

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture Only as to Defendant Luis Dominguez [Docket No. 2075]. The Court having read said motion and being fully advised in the premises finds:

1. On August 9, 2011, the United States and defendant Luis Dominguez entered into a Plea Agreement [Docket No. 1902], which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. The government has established the requisite nexus between the property and the offense.

3. Prior to the disposition of the asset, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

ORDERED that defendant Luis Dominguez's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 853: $700.00 in United States currency. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentencing and included in the judgment. It is further

ORDERED that the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law. It is further

ORDERED that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) on an official government website for at least 30 consecutive days and make its return to this Court that such action has been completed. It is further

ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed. It is further

ORDERED that the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings. It is further

ORDERED that this Preliminary Order of Forfeiture will be amended pursuant to Rule 32.2(e)(1) if additional specific property is later identified.

DATED March __28__, 2012.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge